**In the Matter of the Estate of Charles Morefield, Deceased.**
**Nellie Hilton and Stella Porter, Appellees, v. John Morefield, Administrator, Appellant.**

**(Not to be reported in full.)**

Appeal from the Circuit Court of Christian county; the Hon. JAMES C. McBRIDE, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed October 11, 1917.

### Statement of the Case.

Final report by John Morefield, as administrator with the will annexed of the estate of Charles Morefield, deceased, and objections to the report filed by Nellie Hilton and Stella Porter, two of the decedent's heirs, objectors, that the administrator had not charged himself in the report with the amount of a certain note executed by him as principal and the decedent as surety which had been paid by his mother, since deceased, as executrix of the will of the decedent. From an order sustaining the objections on appeal from an order of the County Court sustaining them, the administrator appeals.

ARTHUR FITZPATRICK, for appellant.

E. E. DOWELL, for appellees.

MR. JUSTICE ELDREDGE delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1751*—*when judgment affirmed for insufficiency of record.* Where on objection to the final report of an administrator with the will annexed that he had not charged himself in the report with the amount of a note on which he was principal and the deceased was surety, and which the executrix of the will of the deceased had paid, the record contained no evidence of the will or its contents and did not purport to contain all the evidence, *held* that the judgment sustaining the objection should be affirmed.